**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In Re:                                                    Chapter 11

**CONG. BETH JOSEPH ZWI DUSHINSKY,**          Case No.: 24-42127

                              Debtor.
-------------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

      Theodore Welz, as restructuring officer of Cong. Beth Joseph Zwi Dushinsky ("CBJZD"), do hereby certify that at a meeting of the board of directors of CBJZD duly called and held on May 21, 2024, the following resolutions were adopted and recorded in the Minute Book of CBJZD, and they have not been modified or rescinded, and are still in full force and effect:

      **"RESOLVED,** that in the judgment of CBJZD it is desirable and in the best interest of CBJZD, its creditors, members and other interested parties, that a petition be filed by CBJZD for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

      **"RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Theodore Welz, CBJZD's Chief Restructuring Officer, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further

      **"RESOLVED,** that Theodore Welz, CBJZD's Chief Restructuring Officer, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Shafferman & Feldman be retained and employed as legal counsel for the LLC under a general retainer, in addition to such special counsel as may hereafter become necessary or

proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of CBJZD this 22nd day of May, 2024.

Cong. Beth Joseph Zwi Dushinsky

By: /S/ Theodore Welz
      Theodore Welz
      Chief Restructuring Officer